IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| NEIL ROSENBOHM, on behalf of himself and all others similarly situated, | ) CASE NO. 2:17-CV-00731-ALM-CMV ) ) JUDGE ALGENON L. MARBLEY |
| Plaintiff, | ) |
| | ) MAGISTRATE JUDGE VASCURA |
| vs. | ) ) |
| CELLCO PARTNERSHIP, | ) **NOTICE OF APPEARANCE OF** ) **COUNSEL LORI M. GRIFFIN** |
| Defendant. | ) ) |

Lori M. Griffin of The Lazzaro Law Firm, LLC hereby enters an appearance as counsel for Plaintiff and Opt-In Plaintiffs in this action.

                                                       Respectfully submitted,

                                                       /s/ Lori M. Griffin
                                                      Lori M. Griffin (0085241)
                                                      Anthony J. Lazzaro (0077962)
                                                      Chastity L. Christy (0076977)
                                                      The Lazzaro Law Firm, LLC
                                                      920 Rockefeller Building
                                                      614 W. Superior Avenue
                                                      Cleveland, Ohio 44113
                                                      Phone: 216-696-5000
                                                      Facsimile: 216-696-7005
                                                      anthony@lazzarolawfirm.com
                                                      chastity@lazzarolawfirm.com
                                                      lori@lazzarolawfirm.com
                                                      Attorneys for Plaintiff

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2017, a copy of the foregoing *Notice of Appearance of Counsel Lori M. Griffin* was filed electronically.  Service will be made on Cellco Partnership d/b/a Verizon Wireless, c/o Statutory Agent CT Corporation System, 4400 Easton Commons Way, Suite 125, Columbus, Ohio 43219 by certified mail.

 /s/ Lori M. Griffin
Lori M. Griffin